# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

TRAVIS JORDAN

Case Number: 2:10CR20050-001

USM Number: 10344-010

Patrick Flake
Defendant's Attorney

**THE DEFENDANT:**

X plead guilty to violation of condition(s) _Law Violation, Standard Condition #5 and Special Condition_ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Law Violation | Domestic Battery | 01/01/2012 |
| Law Violation | Assault 1st on Family Member | 01/09/2013 |
| Standard Condition #5 | Failure to maintain employment | 03/19/2013 |
| Special Condition | Failure to obtain GED | 03/19/2013 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-4321

Defendant's Date of Birth: XX-XX-1977

Defendant's Residence Address:

XXXXXXXXXXXXXX

Fort Smith, Arkansas 72901

Defendant's Mailing Address:

Same as above

March 19, 2013
Date of Imposition of Judgment

/S/ Robert T. Dawson
Signature of Judge

✓ Honorable Robert T. Dawson, Senior United States District Judge
- P  Name and Title of Judge

March 20, 2013
Date

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**MAR 2 0 2013**

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

DEFENDANT: TRAVIS JORDAN
CASE NUMBER: 2:10CR20050-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: **Nine (9) Months. No term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .
  as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  X before 1 p.m. on   May 8, 2013   .
  X as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

  Defendant delivered on _____ to _____
a_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL